# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00061-CR

**Gregory Lance Dunlap, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**NO. 03-5534-2, HONORABLE DON HIGGINBOTHAM, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Gregory Lance Dunlap seeks to appeal from a judgment of conviction for furnishing alcohol to a minor. The trial court has certified that this is a plea bargain case and Dunlap has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: February 12, 2004

Do Not Publish